UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS FLOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNRISE COMMUNICATIONS, INC.,<br><br>        Defendant. | Case No. 20-cv-03486-BLF<br><br>**ORDER REGARDING TERMINATION OF STAY; REQUESTING STIPULATION REGARDING REMAINING CASE MANAGEMENT DEADLINES** |

On January 7, 2021, the Court stayed the above-captioned case pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid*, No. 19-511. ECF No. 26. The Parties represented that the question in the *Facebook* case—whether the definition of ATDS in the TCPA encompasses any device that can "store" and "automatically dial" telephone numbers, even if the device does not use a random or sequential number generator—is central to the dispute in the instant case. *Id.* at 2.

On April 1, 2021, the Supreme Court ruled in the *Facebook* case that "a necessary feature of an autodialer under § 227(a)(1)(A) [of the TCPA] is the capacity to use a random or sequential number generator to either store or produce phone numbers to be called." *Facebook*, 141 S.Ct. 1163, 1173 (2021).

Accordingly, IT IS HEREBY ORDERED:

(1) The stay automatically terminated on April 1, 2021.

(2) The Parties SHALL provide the Court with a Stipulation and Proposed Order regarding remaining case management deadlines **on or before October 4, 2021**. The Court notes that under the Case Management Order the last day to file a motion for class certification is

1   October 1, 2021.  *See* ECF No. 27.

3   **IT IS SO ORDERED.**

5   Dated:  September 21, 2021

_____
BETH LABSON FREEMAN
United States District Judge