**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS FLOYD, individually and on behalf of all others similarly situated, | ) Case No. 5:20-cv-03486-BLF |
| Plaintiff, | ) ~~[PROPOSED]~~ **ORDER** |
| vs. | ) |
| SUNRISE COMMUNICATIONS, INC.; and DOES 1-10, inclusive, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 9th day of December, 2021.

*/s/ Beth Labson Freeman*
The Honorable Beth L. Freeman

Order to Dismiss - 1